# Exhibit A, Page 2

*Opus East, LLC*

| No. | Name | Invoice Number | Invoice Date | Invoice Amount | Supplier Number | Check Number | Check Date | Clear Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A & A Masonry Inc | AP01-1065000 | 2/25/2009 | $90,075.00 | 1034125 | 10344 | 3/31/2009 | 4/6/2009 | $81,067.50 |
| 2 | A & A Masonry Inc | APP02-1065000 | 3/25/2009 | $10,320.00 | 1034125 | 10776 | 5/13/2009 | 5/18/2009 | Rows 2 & 3 sum to the total transfer amount of $80,320.50 |
| 3 | A & A Masonry Inc | APP02-1065000 | 3/25/2009 | $78,925.00 | 1034125 | 10776 | 5/13/2009 | 5/18/2009 | |
| 4 | A & A Masonry Inc | APP03-1065000 | 4/25/2009 | $32,589.00 | 1034125 | 15649 | 6/17/2009 | CTIC | $32,589.00 |
| | | | | | | | | | **$193,977.00** |