# United States Bankruptcy Court
## District of Delaware

| | | | |
|---|---|---|---|
| In re: | OPUS EAST, L.L.C., | ) | Chapter 11 |
| | Debtors | ) | |
| | | ) | Case No.: 09-12261 (MFW) |
| | Jeoffrey L. Burtch, Chapter 7 Trustee, | ) | |
| | Plaintiff | ) | Jointly Administered |
| | v. | ) | |
| | | ) | |
| | A & A Masonry Inc. | ) | Adv. Pro. No.: 11-52333 (MFW) |
| | Defendant | | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk: 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney: Paula C. Witherow
> 1000 West Street, 10th Floor
> P.O. Box 1680
> Wilmington, DE 19899-1680

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

> **Address**    824 Market Street, 5th Floor, Courtroom #4
> Wilmington, DE 19801
>
> **Date and Time**    December 7, 2011 at 2:00 p.m.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
    of Delaware**

/s/ David D. Bird
*Clerk of the Bankruptcy Court*

Date:    September 29, 2011